IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SKYLER CHRISTIAN CROWDER,<br><br>Defendant. | CR 25–10–M–DLC<br><br>ORDER |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 37.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11).

2. A preliminary order of forfeiture was entered on August 15, 2025, that forfeited the Defendant's interest. (Doc. 34.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 35.)

4. It appears there is cause to issue a forfeiture order for the property listed within this order under 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 37) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), free from the claims of any other party, the following property:

- Magnum Research Desert Eagle 9mm pistol - Serial#: E04979
- Glock 43x 9mm pistol - Serial#: BWDC611
- Miscellaneous ammunition
- Various firearm magazines and accessories
- $7,119 in US Currency

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court